No. 88-1180. UTILITY WORKERS UNION OF AMERICA, AFL-CIO, LOCAL No. 246, ET AL. v. SOUTHERN CALIFORNIA EDISON

Co.   C. A. 9th Cir.   Certiorari denied.